IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CAMARIE MANGUM,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF POCATELLO,<br><br>    Defendant. | Case No. CV-05-507-E-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor Defendant and that this case be DISMISSED IN ITS ENTIRETY.  Additionally, this case is hereby ordered closed.

DATED: **February 5, 2008**

_____
B. LYNN WINMILL
Chief Judge
United States District Court